ACCEPTED
04-13-00239-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
6/15/2015 5:08:54 PM
KEITH HOTTLE
CLERK



## CARL J. KOLB, P.C.
### ATTORNEYS AT LAW

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
06/15/2015 5:08:54 PM
KEITH E. HOTTLE
Clerk

Carl J. Kolb                                                                         carl@carlkolblaw.com

May 18, 2015

American Arbitration Association
13455 Noel Road, Suite 1750
Dallas, Texas 75240

Webb County District Clerk
1110 Victoria St. Suite 203
Laredo, Texas 78040

Bexar County District Clerk
100 Dolorosa
San Antonio, TX   78205

Bexar County Clerk
100 Dolorosa
San Antonio, TX 78205

Comal County District Clerk
150 N. Seguin Ave. Suite 304
New Braunfels, TX   78130

Guadalupe County District Clerk
101 E. Court Street
Seguin, Texas 78155

Cameron County Court
Attn: Filing Clerk
974 E. Harrison St.- Judicial Building
Third Floor
Brownsville, Texas 78520

Bexar County Probate Clerk
Bexar County Courthouse
100 Dolorosa
San Antonio, Texas 78205

Hidalgo County District Clerk
100 N. Closner, 1st Floor
P.O. Box 87
Edinburg, TX 78540

Daniel J. Kindred
Uvalde Co. District Clerk
Courthouse Square, Box 15
Uvalde, Tx. 78801

Kickapoo Tribal Court - District Court
7777 Lucky Eagle Drive
Eagle Pass, TX 78852

Nueces County District Clerk
901 Leopard St.
Corpus Christi, TX 78401

Wilson County District Clerk
P.O. Box 812
Floresville, TX 78114

Harris County District Clerk
P.O. Box 4651
Houston, Texas 77210

COURT OF APPEALS
FOURTH DISTRICT OF TEXAS
Justice Center
300 Dolorosa, Suite 3200
San Antonio, TX   78205

COURT OF APPEALS
THIRD DISTRICT OF TEXAS
P.O. Box 12547
Austin, Texas 78711

**Re:     Carl J. Kolb, SBN: 11660480 - Vacation Letter**

Dear Sir or Madam:

This letter is to notify you that I will be out of the office through and including the following dates and I am requesting that you not schedule any hearings, depositions, teleconferences or other matters during the following time periods:

- July 4 – 11, 2015

If I already have a setting on any matter scheduled by the date of this letter, I or someone from my office will attend the event as long as it was filed and/or set on or before May 18, 2015, the date of this letter.

By copy of this letter I am providing all opposing counsel with this vacation notice and my communication with the Court.

We appreciate your cooperation and understanding.   Thank you in advance for your professional courtesy.

Very truly yours,

**CARL J. KOLB, P.C.**

Carl J. Kolb

CJK/kmc